FILED
CLERK

4:10 pm, Feb 15, 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LUIS FLORES *on behalf of herself and all others similarly situated,*

                Plaintiff,

   - against -

STANAN MANAGEMENT CORP.,

                Defendants.
----------------------------------------------------------X

**JUDGMENT**
CV 18-1614 (JMA)(ARL)

An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on February 13, 2019; dismissing the complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and directing the Clerk of the Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff Luis Flores take nothing of defendant Stanan Management Corp.; that the complaint is dismissed without prejudice for failure to prosecute; and that this case is hereby closed.

Dated: Central Islip, New York
        February 15, 2019

                                                DOUGLAS C. PALMER
                                                CLERK OF THE COURT
                                   BY:   /S/ CHELSEA TIRADO
                                                    DEPUTY CLERK